PER CURIAM.
 

 This is an appeal from the denial, after an evidentiary hearing, of a Florida Rule of Criminal Procedure 3.850 motion claiming ineffective assistance of counsel in the trial resulting in the judgment affirmed in
 
 Clarke v. State,
 
 838 So.2d 1163 (Fla. 3d DCA
 
 2003)
 
 (table). While the issue of whether counsel’s representation fell below the required standard may present at least an arguable position, we find that the post-conviction court did not err in concluding that the second prong of the
 
 Strickland
 
 standard, cognizable prejudice, had not been satisfied.
 
 See Strickland v. Washington,
 
 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984);
 
 Maxwell v. Wainwright,
 
 490 So.2d 927 (Fla.1986);
 
 Ridel v. State,
 
 990 So.2d 581 (Fla. 3d DCA 2008);
 
 Giralt v. State,
 
 935 So.2d 599 (Fla. 3d DCA 2006).
 

 Affirmed.